Abraham J. Colman (SBN 146933)
Email:   acolman@reedsmith.com
Raffi Kassabian (SBN 260358)
Email:   rkassabian@reedsmith.com
Christopher Butler (SBN 318219)
Email:   cbutler@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendants U.S. Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2005-5N, erroneously named LXS 2005-5N; Nationstar Mortgage LLC;  Fortress Investment Group LLC;  Solutionstar Holdings LLC, erroneously named Solutionstar Services LLC; Title365 Company; and XOME Holdings LLC, erroneously named Xome,, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIA TUITAMA; LILOI TUITAMA,<br><br>Plaintiffs,<br><br>vs.<br><br>FORTRESS INVESTMENT GROUP LLC; LXS 2005-5N; NATIONSTAR MORTAGE LLC; SOLUTIONSTAR SERVICES LLC; BARRETT DAFFIN FRAPPIER TREDER & WEISS LLP; TITLE 365 Company, a corporation; XOME, INC., a corporation; NBS DEFAULT SERVICES LLC; AND DOES 1-10,<br><br>Defendants. | No.: 2:17-cv-03084-MWF-JPR<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071-1514. On May 25, 2018, I served the following document(s) by the method indicated below:

**MEMORANDUM OF LAW REGARDING JURISDICTION BY DEFENDANTS U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-5N, ERRONEOUSLY NAMED LXS 2005-5N; NATIONSTAR MORTGAGE LLC; FORTRESS INVESTMENT GROUP LLC; SOLUTIONSTAR HOLDINGS LLC, ERRONEOUSLY NAMED SOLUTIONSTAR SERVICES LLC; TITLE365 COMPANY; AND XOME HOLDINGS LLC, ERRONEOUSLY NAMED XOME,, INC**

☑ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Felicia and Liloi Tutiama            Plaintiffs Pro Se
P.O. Box 506
Bowdon, GA 30108-0506                T: 805-983-1448
                                     F: 805-642-1287

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on May 25, 2018, at Los Angeles, California.

*/s/ Sean Wilson*
Sean Wilson